IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THEODORE L. WHIDDEN,

    Plaintiff,

v.                                      CASE NO. 5:17cv169-RH/GRJ

JACKSON COUNTY, FLORIDA et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed.

The report and recommendation correctly concludes that the plaintiff has failed to state a claim under federal law on which relief can be granted. *See Paul v. Davis*, 424 U.S. 693 (1976). The federal claims must be dismissed. The portion of the report and recommendation addressing the federal claims is accepted and adopted as the court's further opinion.

Upon dismissal of those claims, I decline to exercise supplemental jurisdiction over the state-law claims. *See* 28 U.S.C. § 1367(c)(3).

For these reasons,

IT IS ORDERED:

The clerk must enter judgment stating, "The plaintiff's claims under federal law are dismissed with prejudice. The plaintiff's claims under state law are dismissed without prejudice." The clerk must close the file.

SO ORDERED on December 15, 2017.

>	s/Robert L. Hinkle
>	United States District Judge